In re OPINION OF THE JUDGES.

In re WALTER WIGGER.

No. A-6889. Opinion Filed Jan. 31, 1928.

(263 Pac. 1112.)

See, also, 39 Okla. Cr. 108, 263 P. 1112.

Opinion by EDWARDS, J., in which DOYLE, P. J., and DAVENPORT, J., concur.